# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA PANAMA CITY DIVISION

MARGIE F. CARNLEY,

    Plaintiff,

v.                                        CASE NO. 5:09cv6-RH/MD

MICHAEL J. ASTRUE,

    Defendant.

_____/

## ORDER AFFIRMING DENIAL OF BENEFITS

This case is before the court on the magistrate judge's report and recommendation (document 30) and the objections (document 33). I have reviewed *de novo* the issues raised by the objections. Upon consideration,

IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the court's opinion. The Commissioner's decision denying benefits is AFFIRMED. The clerk must enter judgment and close the file.

SO ORDERED on March 13, 2010.

                                                            s/Robert L. Hinkle
                                                            United States District Judge